UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RACHEL STENGARD,

    Plaintiffs,

v.

CAPITAL ONE BANK (USA) N.A.,

    Defendant.

Case No.: 2:18-cv-00146

Honorable Judge Gordon J. Quist
Magistrate Judge Maartan Vermaat

## NOTICE OF SETTLEMENT

Plaintiff RACHEL STENGARD notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 12th day of April 2019.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Attorney for Plaintiff, RACHEL STENGARD

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I certify that on April 12, 2019 I filed Plaintiff RACHEL STENGARD's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Erin L. Hoffman (0077946)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Email: erin.hoffman@faegrebd.com
ATTORNEY TO BE NOTICED

By: /s/ Alyson Dykes
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, RACHEL STENGARD