UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RACHEL STENGARD,

      Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

      Defendants.

Case No: 2:18-cv-00146-GJQ-MV

**ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

Plaintiff, Rachel Stengard ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

DATED:  May 15, 2019

          /s/ Gordon J. Quist
          Gordon J. Quist
          United States District Judge